**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

HARUYO MORITA,

      Plaintiff,                                Case No.: 1:25-cv-12235

v.                                        Judge Mary M. Rowland

THE PARTNERSHIPS AND                    Magistrate Judge Maria Valdez
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 19 | UXOWOXU |
| 21 | YJSMH |
| 22 | ZHIJIEHU |
| 25 | MABNKIG |
| 26 | ZHIMUNGY |
| 34 | WAWMYR |
| 37 | QIPEISHANGMAO |
| 38 | MLWC Store |
| 39 | LITFAD |
| 71 | Sky Wall Art Poster |
| 73 | zhi xiong Transformation poster |
| 78 | Shengshihengyue |
| 87 | A.Monamour |
| 90 | YTJFY |
| 100 | Zzooi |
| 110 | ZXHFSH |
| 122 | JLANEZ |

DATED:  November 20, 2025                     Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 20, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt
